IN CLERK...
U.S. DISTRICT...
AUG 2 ... 2005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X   O R D E R

ANTONIA PIZZUTO,

        Plaintiff,          CV-04-0929 (ARR)

   -against-

ROSEDALE DODGE HYUNDAI,

        Defendants.
------------------------------------X

A status conference will be held in the above-captioned case on September 23, 2005, at 11:15 A.M., before the Honorable Joan M. Azrack, United States Magistrate Judge, in Room 340 at 225 Cadman Plaza East, Brooklyn, New York. All counsel must be present.

<u>Plaintiff's counsel is requested to confirm with defendant's counsel that all necessary participants</u> are <u>aware of this conference</u>. No request for adjournment will be considered unless made at least forty-eight (48) hours before the scheduled conference.

   SO ORDERED.

Dated: Brooklyn, New York
      August 26, 2005

                                       _____
                                       JOAN M. AZRACK
                                       UNITED STATES MAGISTRATE JUDGE